```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0004--CR (RRB)
                           "USA V GEORGE AUGUST SIMMLER"
                          DEF 1.1 SIMMLER, GEORGE AUGUST
```

In public format, including terminated defendants, excluding terminated counsel

```
   Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
            Filed: 03/18/04
           Closed: 10/08/04
No. of Defendants: 1
   MJ Case Number:
              AKA: JOE RUSSO
  Location status: Released on Bond
       Trial date:
       Terminated: YES
Needs interpreter: NO
Counsel of record: Mary Jane Haden
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 SIMMLER, GEORGE AUGUST

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -   1 IND | 1 | 21:846 and 841(b)(1)(A)  CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Dismissed (77-1) |
| 1 -   1 IND | 2 | 21:841(a)(1) and (b)(1)(B)  POSSESSION OF CONTROLLED SUBTSANCE WITH INTENT TO DISTRIBUTE | Dismissed (77-1) |
| 69 -   1 INF | 1 | 21:844A  POSSESSION OF METHAMPHETAMINE (M) | Sentenced (77-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F04-0004--CR (RRB)
"USA V GEORGE AUGUST SIMMLER"
```

In public format, for all filing dates

```
    Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
             Filed: 03/18/04
            Closed: 10/08/04
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 03/18/04 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 03/18/04 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 03/19/04 | [Re: DEF 1] JDR Grand Jury Minutes; woa to issue; det per 18:3142(f). |
| NOTE - 2 | 03/24/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested by USMS at Ft Wainwright, Alaska 03/24/04. |
| NOTE - 3 | 03/24/04 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to chambers. |
| 3 - 1 | 03/25/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] Hearing on 3/25/04 re Arraignment on Indictment. Financial Affidavit filed. Federal Public Defender accepted appointment. Pled not guilty on Count 1 and 2. Court accepted pleas. Defendant detained. Detention hearing set for 3/31/04 at 10:00 a.m. Pretrial motions due 4/19/04. Trial date scheduled for 6/1/04. Discovery conference to be held on or before 4/8/04. Pretrial conference set for 5/21/04. Order regarding preparation for trial filed. cc: USA; USMS; USPO; FPD; Judge Beistline; Magistrate Judge Miller. |
| 4 - 1 | 03/25/04 | DEF 1 Financial Affidavit. cc: Judge Beistline; Magistrate Judge Miller. |
| 5 - 1 | 03/25/04 | [Re: DEF 1] JWM Order of Detention Pending Detention Hearing; det not contested.  cc: USA; USMS; USPO; FPD; Judge Beistline; Magistrate Judge Miller. |
| 6 - 1 | 03/25/04 | [Re: DEF 1] JWM Order regarding preparation for trial; discovery meeting 4/8/04 at 1:30; pretrial motions on or before 4/19/04. cc: USA; USMS; USPO; FPD; Judge Beistline; Magistrate Judge Miller. |
| 7 - 1 | 03/30/04 | [Re: DEF 1] RRB Minute Order setting trial by jury for 6/1/04 at 8:30 a.m. in Fairbanks, AK. and FPTC for 5/21/04 at 8:30 a.m. at Anchorage, in Courtroom #3.  cc: S. Cooper, MJ Hayden, USM, USPO, MJ Miller, jury clerk |
| 8 - 1 | 04/01/04 | [Re: DEF 1] PLF 1 Report re: conference of 3/31/04. |
| 9 - 1 | 04/01/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from detention hrg held 03/31/04: def detained; continued detention hrg set for 04/02/04 at 11:00 a.m.  cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 10 - 1 | 04/02/04 | [Re: DEF 1] Order setting conditions of release: Def released to USPO for transport to halfway house. cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 11 - 1 | 04/06/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from detention hrg held 04/02/04: Order setting conditions of release filed, release order to issue, def released to FPO. cc: Barkley, Haden, FPO, USM, Judge Beistline |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE F04-0004--CR (RRB)
                          "USA V GEORGE AUGUST SIMMLER"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 04/13/04 | [Re: DEF 1] cy JWM Order of Release to USPO for transport to North Star Center. |
| 13 - 1 | 04/13/04 | [Re: DEF 1] AMENDED Order setting conditions of release: Def released to FPO for transport to North Star facility. cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 14 - 1 | 04/15/04 | DEF 1 Unopposed motion on shortened time to continue trial. |
| 15 - 1 | 04/15/04 | DEF 1 Unopposed mot for 2 week ext of time to file ptms (shortened time). |
| 16 - 1 | 04/19/04 | [Re: DEF 1] RRB Minute Order setting a trial rescheduling conference for 04/21/04 at 4:30 p.m. cc: Cooper, Haden, FPO, USM, MJ Miller |
| 17 - 1 | 04/19/04 | DEF 1 motion on shortened time to appear telephonically for trial scheduling conference. |
| 18 - 1 | 04/20/04 | [Re: DEF 1] PLF 1 motion to unseal search warrants 01-197SW and 01-198SW on shortened time. |
| 19 - 1 | 04/20/04 | [Re: DEF 1] RRB Minute Order rescheduling trial setting conference from 4:30 p.m. April 21, 2004 to 2:30 pm April 21, 2004. cc: USA; USM; USPO; MJ Haden, FPD; Judge Beistline; Magistrate Judge Miller. |
| 20 - 1 | 04/20/04 | [Re: DEF 1] RRB Order granting motion on shortened time to appear telephonically for trial scheduling confer (17-1), to be held 04/21/04 at 2:30 p.m. Cnsl to call the meet me bridge. cc: Cooper, Haden, FPO, USM< MJ Miller |
| 21 - 1 | 04/20/04 | [Re: DEF 1] JWM Order granting motion to unseal search warrants 01-197SW and 01-198SW on shortened time (18-1). cc: Cooper, Haden, FPO, USM, MJ Miller |
| 22 - 1 | 04/22/04 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Hearing on Unopposed Motion to Continue Trial - Held on 4/21/04.  Court and counsel heard re new trial date and excludable delay under 18 USC 3161 H(1)f and H(8)b for a total of 42 days. Court heard re defendant not being present. Defendant called into meet me bridge. Motion to continue trial is GRANTED. Trial by jury scheduled for 6/1/04 VACATED and RESCHEDULED for 7/12/04 at 8:30 a.m. FPTC scheduled for 5/21/04 at 8:30 am VACATED and RESCHEDULED for 7/8/04 at 8:30 am in Fairbanks. Off record: Excludable delay for a total of 42 days. Order attached.  cc: USA; USPO; USM; M.J. Haden, FPD; Judge Beistline; Magistrate Judge Miller. |
| 23 - 1 | 04/26/04 | [Re: DEF 1] JWM Order granting motion Unopposed mot for 2 week ext of time to file ptms (15-1).  PTM's now due 05/03/04. cc: Cooper, Haden, FPO,USM, Judge Beistline |
| 24 - 1 | 04/29/04 | DEF 1 Unopposed motion for an additional week ext of time to file ptms. |
| 25 - 1 | 04/30/04 | DEF 1 Unopposed motion on shortened time to modify conditions of release. |
| 26 - 1 | 04/30/04 | [Re: DEF 1] Return of WOA at Ft. Wainwright AK by DEA on 3/24/04. |
| 27 - 1 | 05/04/04 | [Re: DEF 1] JWM Order granting motion Unopposed motion for an additional week ext of time to file ptms (24-1). Pretrial mottions now due |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F04-0004--CR (RRB)
"USA V GEORGE AUGUST SIMMLER"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 05/10/04. cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 28 - 1 | 05/04/04 | [Re: DEF 1] JWM Order granting motion Unopposed motion on shortened time to modify conditions of release (25-1). Mr. Simmler may be granted one four hour pass every Sunday. cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 29 - 1 | 05/10/04 | DEF 1 motion to suppress statements. |
| 29 - 2 | 05/10/04 | DEF 1 motion (request) for evidentiary hearing re: 29-1. |
| 30 - 1 | 05/10/04 | DEF 1 motion to dismiss for pre-indictment delay. |
| 31 - 1 | 05/10/04 | DEF 1 motion to suppress evidence w/att exhs. |
| 31 - 2 | 05/10/04 | DEF 1 motion (request) for evidentiary hearing re: 31-1. w/att exh. |
| 32 - 1 | 05/11/04 | DEF 1 motion to accept pleading one day late. |
| 32 - 2 | 05/11/04 | DEF 1 motion to Dismiss Indictment due to Destruction of Evidence. |
| 33 - 1 | 05/17/04 | [Re: DEF 1] PLF 1 Unopposed motion to extend times to respond to motion to suppress and motion to dismiss (and several other motions). |
| 34 - 1 | 05/21/04 | [Re: DEF 1] JWM Order granting motion to accept pleading one day late (32-1).  cc:  USA; USM; USPO; MJ Haden, FPD; Judge Beistline; Magistrate Judge Miller. |
| 35 - 1 | 05/27/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress statements (29-1), DEF 1 motion (request) for evidentiary hearing re: 29-1 (29-2) |
| 36 - 1 | 05/28/04 | DEF 1 opposition to DEF 1 motion to Dismiss Indictment due to Destruction of Evidence (32-2). |
| 37 - 1 | 05/28/04 | [Re: DEF 1] JWM Minute Order granting motion (request) for evidentiary hearing re: 29-1 (29-2), motion (request) for evidentiary hearing re: 31-1. (31-2),Evidentiary hrg set for 6/10/04 AT 1:00 p.m. befor MJ Miller in Fbks, AK. Granting nunc pro tunc to 5/17/04 Unopposed motion to extend times to respond to motion to suppress(33-1). cc: USA, FPD, USM, PO |
| 38 - 1 | 06/01/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss for pre-indictment delay (30-1). |
| 39 - 1 | 06/01/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence (31-1). |
| 40 - 1 | 06/03/04 | [Re: DEF 1] RRB Minute Order that the referral to MJ Miller is withdrawn and all future matters will be handled by Judge Beistline.  The evid hrg will remains set for 6/10/04 at 1:00 p.m. in Faribanks.  cc: AUSA, FPD, USM, USPO, MJ Miller |
| 41 - 1 | 06/03/04 | DEF 1 reply to opposition to DEF 1 motion to Dismiss Indictment due to Destruction of Evidence (32-2). |
| 42 - 1 | 06/07/04 | DEF 1 reply to opposition to DEF 1 motion to dismiss for pre-indictment delay (30-1) w/att exhs. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F04-0004--CR (RRB)
                          "USA V GEORGE AUGUST SIMMLER"

                     In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 43 - 1 | 06/07/04 | DEF 1 reply to opposition to DEF 1 motion to suppress evidence (31-1). |
| 44 - 1 | 06/09/04 | ZZZ 1 motion to quash subpoena or in the alternative for in camera review w affidavit in support. |
| 45 - 1 | 06/09/04 | ZZZ 1 motion for expedited consideration of motion to quash at dkt 44. |
| 46 - 1 | 06/09/04 | DEF 1 second unopposed motion on shortened time to modify conditions of release. |
| 47 - 1 | 06/14/04 | [Re: DEF 1] RRB Minute Order continued evidentiary hrg set for 6/15/04 as stated. cc: AUSA, FPD |
| 48 - 1 | 06/14/04 | DEF 1 motion to suppress evidence due to improper execution of search warrant. |
| 49 - 1 | 06/14/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] granting motion to quash subpoena or in the alternative for in camera review (44-1), motion for expedited consideration of motion to quash at dkt 44 (45-1), second unopposed motion on shortened time to modify conditions of release (46-1). Further proceeding 06/15/04 at 3:00 p.m. State of Alaska to provide documents in camera re personnel records. Def brief on SW due 06/14.    cc: Cooper, Haden, FPO, USM, |
| 50 - 1 | 06/14/04 | [Re: DEF 1] RRB Order GRANTING def mot on shortened time to modify conditions of release. cc: Cooper, Haden, FPO, USM |
| 51 - 1 | 06/14/04 | [Re: ZZZ 1] RRB Order GRANTING motion for in camera review of records. cc: Cooper, Haden, FPO, USM, St of Alaska |
| 51A- 1 | 06/14/04 | [Re: ZZZ 1] RRB Order granting motion to quash subpoena at docket 44. |
| NOTE - 4 | 06/15/04 | {SEALED} |
| 52 - 1 | 06/15/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence due to improper execution of search warrant (48-1). |
| 53 - 1 | 06/16/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from Continued Evidentiary hrg held 06/15/04:  In Camera documents reviewed by the court and destroyed, counsel to file a 4 page closing argument by 06/18/04 at noon. cc: Cooper, Haden, FPO, USM |
| 54 - 1 | 06/17/04 | [Re: DEF 1] PLF 1 Notice of Lodging Plaintiff's Exhs 9-15 for admission of evidence. |
| 55 - 1 | 06/18/04 | DEF 1 reply to opposition to DEF 1 motion to suppress statements (29-1), DEF 1 motion to suppress evidence (31-1), DEF 1 motion to suppress evidence due to improper execution of search warrant (48-1). |
| 56 - 1 | 06/18/04 | [Re: DEF 1] PLF 1 Supplement (Closing argument following hearing) re: DEF 1 motion to suppress statements (29-1), DEF 1 motion to dismiss for pre-indictment delay (30-1), DEF 1 motion to suppress evidence w/att exhs (31-1), DEF 1 motion to Dismiss Indictment due to Destruction of Evidence (32-2). |
| 57 - 1 | 06/18/04 | DEF 1 reply to opposition to DEF 1 motion to suppress evidence due to improper execution of search warrant (48-1). |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F04-0004--CR (RRB)
"USA V GEORGE AUGUST SIMMLER"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 58 - 1 | 06/24/04 | DEF 1 motion on shortened time to compel discovery and request for evidentiary hearing. |
| 59 - 1 | 06/25/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time to compel discovery and request for evidentiary hearing (58-1). |
| 60 - 1 | 06/28/04 | DEF 1 reply to opposition to DEF 1 motion on shortened time to compel discovery and request for evidentiary hearing (58-1). |
| 61 - 1 | 06/30/04 | [Re: DEF 1] RRB Order denying motion to suppress statements (29-1), motion to dismiss for pre-indictment delay (30-1), motion to suppress evidence (31-1), motion to Dismiss Indictment due to Destruction of Evidence. (32-2), motion to suppress evidence due to improper execution of search warrant (48-1). cc: Cooper, Haden, FPO, USM |
| 62 - 1 | 07/02/04 | [Re: DEF 1] RRB Order granting motion on shortened time to compel discovery and request for evidentiary hear (58-1). cc: Cooper, Haden, FPO, USM |
| 63 - 1 | 07/06/04 | DEF 1 Proposed Jury Instructions. |
| 64 - 1 | 07/08/04 | [Re: DEF 1] Transcript re: Evidentary Hrg - Day 1 (pages 3 through 175). (located in expando) |
| 65 - 1 | 07/08/04 | [Re: DEF 1] RRB Court Minutes [ECR: Debby Willoughby-Lyons] re FPTC hld 7/9/04; status/COP hrg set for 7/16/04 at 8:40 a.m. in Fairbanks; TBC set for 7/12/04 is VACATED. cc: USA, FPD, USM, USPO, JC, ECR, Fairbanks Clerk |
| 66 - 1 | 07/08/04 | DEF 1 Unopposed motion on shortened time to modify conditions of release. |
| 67 - 1 | 07/08/04 | [Re: DEF 1] RRB Order granting unopposed motion on shortened time to modify conditions of release (66-1).  cc: AUSA, FPD, USM, USPO |
| 68 - 1 | 07/14/04 | [Re: DEF 1] Transcript re: Evidentiary hrg - Day 2 (pages 176-257. |
| 69 - 1 | 07/16/04 | [Re: DEF 1] PLF 1 Information. |
| 70 - 1 | 07/16/04 | PLF 1; DEF 1 Plea Agreement. |
| 71 - 1 | 07/16/04 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp/Carolyn Bollman]. Change of Plea hearing held 7/16/04. Misdemeanor Information filed in Ct at Dkt 69.  Defendant changed plea to guilty on Count 1 of Information. IOS scheduled for 10-1-04 at 10:00 a.m in Fairbanks.  cc: USA; USM; USPO; MJ Haden, FPD; Judge Beistline. |
| 72 - 1 | 07/19/04 | [Re: DEF 1] PLF 1 Notice of filing original signature of plea aggreement. |
| 73 - 1 | 09/24/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 74 - 1 | 09/27/04 | DEF 1 Notice of filing letter. |
| 75 - 1 | 09/28/04 | DEF 1 Sentencing Memorandum. |
| 76 - 1 | 10/01/04 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp].  Imposition of Sentence hearing held 10-1-04. Notice of appeal given to defense |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F04-0004--CR (RRB)
"USA V GEORGE AUGUST SIMMLER"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | counsel. Sentence imposed as stated in the judgment.  cc: USA; USM; USPO; FPD; Judge Beistline |
| 77 - 1 | 10/08/04 | [Re: DEF 1] RRB Judgment dismissed or Other count(s) 1,2 of the Indictment (1-1); pleaded guilty to count(s) 1 of the Information (69-1); def fined $1,000; $25.00 SA.  cc: USA, FPD, USM, PO, Finance, FLU, Def (by cnsl) |
| 78 - 1 | 01/10/05 | [Re: DEF 1] Notice of exhibit inventory list returned to USA on 01/07/05. |
| 79 - 1 | 01/10/05 | [Re: DEF 1] Notice of exhibit inventory list returned to M.J. Haden on 01/10/05. |
| 80 - 1 | 01/20/05 | USM Return of svc on judgment re: DEF 1 executed on 11/17/04 to FDC-SEATAC at Seatac, WA. |
| 81 - 1 | 04/06/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 5 | 04/11/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 82 - 1 | 10/28/05 | USM Return of svc on writ of execution re: PFD  re: DEF 1 executed on 4/18/05 for the amount of $843.76. |
| 83 - 1 | 11/08/05 | [Re: DEF 1] PLF 1 motion to release attached PFD funds in the amoutn of $843.76. |
| 84 - 1 | 11/14/05 | [Re: DEF 1] RRB Order granting motion to release attached PFD funds in the amounT of $843.76 (83-1).  cc: AUSA, FPD, FINANCE, FLU |