DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 4:04-CR-00004(RRB) |
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| GEORGE A. SIMMLER, | ) ON PERMANENT FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

    I, RICHARD L. POMEROY, hereby state on oath:

    1.   Judgment for $1,025.00 was imposed on October 1, 2004, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against GEORGE A. SIMMLER as judgment debtor.

    2.   I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

    3.   The judgment debtor was represented by counsel.

    4.   The judgment entered is not a default judgment.

5. ACCRUED since the entry of judgment are the following sums:

    $0.00    accrued interest, computed at 0%.

    $90.00    accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

    $893.76    which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7.   $221.24    ACTUALLY DUE on June 9, 2006. Of this total, $131.24 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8. The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9. The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of a federal criminal fine or penalty and, pursuant to AS 43.23.065(b)(4), may attach up to **100%** of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

//

U.S. VS. GEORGE A. SIMMLER
Case No.: 4:04-CR-00004(RRB)

DATED this 16th day of June, 2006, at Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                */s/ Richard L. Pomeroy*
                RICHARD L. POMEROY
                Assistant U.S. Attorney
                222 West 7th Avenue # 9, Room 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-2344
                Email: richard.pomeroy@usdoj.gov
                AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

                */s/ Traci Ross*
                NOTARY PUBLIC
                State of Alaska
                My Commission Expires: 11/17/08

[Notary Seal: TRACI ROSS, NOTARY PUBLIC, STATE OF ALASKA]

U.S. vs. GEORGE A. SIMMLER
Case No.: 4:04-CR-00004(RRB)