# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 4:04-cr-00004-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| George A. Simmler | Cancellation of Writ |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
St. of Alaska Dept of Revenue, Enforcement Div

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E Street, Anchorage, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, AUSA
222 W. 7th Ave, Rm 253
Anchorage, AK 99513

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED JUL 27 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve attached Cancellation on PFD office

Signature of Attorney or other Originator requesting service on behalf of:
for Richard Pomeroy
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 271-5071
DATE: 7/23/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 6
District to Serve No.: 6
Signature of Authorized USMS Deputy or Clerk
Date: 7/24/07

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Norris PFD Tech II

Date of Service: 7/26/07
Time: 1330 pm

Service Fee: 45

**REMARKS:**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:04-cr-00004-RRB |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF CANCELLATION OF |
| vs. ) | WRIT OF EXECUTION |
| ) | |
| GEORGE A. SIMMLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO: STATE OF ALASKA DEPARTMENT OF REVENUE

The Writ of Execution on the Alaska Permanent Fund Dividend in the above captioned case served on: April 2, 2007 against the dividend of

NAME: GEORGE A. SIMMLER

SS#: 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

DOB: 2/15/58

is hereby cancelled.

Dated this day of 07/26/07.

RANDY M. JOHNSON
United States Marshal

BY: /Andrew Arnold/DUSM/
Deputy U.S. Marshal